```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

MARCIA CHACON, ET AL.,              :     CIV. NO. 3:10CV1692(JBA)
      Plaintiffs,                   :
                                    :
vs.                                 :
                                    :
EAST HAVEN POLICE DEPARTMENT,       :
TOWN OF EAST HAVEN, ET AL.,         :     JULY 6, 2011
      Defendants.
```

## NOTICE OF APPEARANCE

Please enter the appearance of **PATRICK D. ALLEN,** as counsel for defendants **OFFICER DAVID OLSON, SERGEANT FRANK MONTAGNA, SERGEANT EDWARD LENNON and OFFICER MICHAEL SORBO, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITY**, in the above entitled action.

```
                              DEFENDANTS, OFFICER DAVID
                              OLSON, SERGEANT FRANK MONTAGNA,
                              SERGEANT EDWARD LENNON and
                              OFFICER MICHAEL SORBO,
                              INDIVIDUALLY AND IN THEIR
                              OFFICIAL CAPACITY


                              BY/ss/Patrick D. Allen
                              Patrick D. Allen
                              Federal Bar No.: ct28403
                              Karsten & Tallberg, LLC
                              8 Lowell Road
                              West Hartford, CT 06119
                              Telephone (860)233-5600
                              Telecopier (860)233-5800
                              pallen@kt-lawfirm.com
```

## **CERTIFICATION**

I hereby certify that on July 6, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                                                      /ss/Patrick D. Allen
                                                      Patrick D. Allen