UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCIA CHACÓN, ET AL<br>    Plaintiff,<br><br>VS.<br><br>EAST HAVEN POLICE<br>DEPARTMENT, ET AL,<br>    Defendants. | :<br>:<br>:<br>:<br>:  Civil Action No.: 3:10cv01692 (JBA)<br>:<br>:<br>:<br>:  August 4, 2011 |

### CONSENT MOTION FOR EXTENSION OF TIME

Plaintiffs move for an extension of time to and including September 10, 2011, within which to respond and/or objection to defendants' interrogatories and requests for production dated July 12, 2011. This is plaintiffs' first request for an extension of time to respond to these items.

Counsel for the defendants have been consulted and those who have responsed consent to this request.

THE PLAINTIFFS

By  /s/ David N. Rosen
David N. Rosen (ct00196)
David Rosen & Associates, P.C.
400 Orange Street
New Haven, Connecticut 06511
(203) 787-3513
(203) 789-1605 fax
Email: drosen@davidrosenlaw.com

1

Michael Wishnie (ct27221)
Christopher Lapinig, Law Student Intern
Yaman Salahi, Law Student Intern
JEROME N. FRANK
LEGAL SERVICES ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Phone: (203) 432-4800

James Bhandary-Alexander (ct28135)
New Haven Legal Assistance
426 State Street
New Haven, CT 06510
Phone: (203) 946-4811

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2011, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ David N. Rosen
David N. Rosen