**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARCIA CHACON, ET AL., | : | CIV. NO. 3:10 CV 1692 (JBA) |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| EAST HAVEN POLICE DEPARTMENT, ET AL., | : | |
| | : | |
|     Defendants. | : | SEPTEMBER 1, 2011 |

## <u>CONSENT MOTION FOR EXTENSION OF TIME</u><br><u>TO RESPOND TO INTERROGATORIES</u>

The defendants, Dennis Spaulding, David Cari, and Jason Zullo, hereby move for

an extension of time to and including October 3, 2011, within which to respond and/or

object to the Plaintiffs' Interrogatory to All Defendants dated August 4, 2011.  This is the

defendants' first request for an extension.  Counsel for the plaintiffs has been consulted

and has consented to said extension.

1

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

THE DEFENDANTS
DENNIS SPAULDING, DAVID CARI &
JASON ZULLO

/s/    HUGH F. KEEFE
  HUGH F. KEEFE
  Federal Bar No. ct05106
  NANCY F. MYERS
  Federal Bar No. ct24353
  Lynch, Traub, Keefe, & Errante
  52 Trumbull Street
  New Haven, CT 06510
  Phone:  (203) 787-0275
  Fax:  (203) 782-0278

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/    HUGH F. KEEFE

2