```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

MARCIA CHACON, ET AL.,          :  CIV. NO.: 3:10-CV-1692(JBA)
      Plaintiffs,               :
                                :
vs.                             :
                                :
EAST HAVEN POLICE DEPARTMENT,   :
ET AL.,                         :
      Defendants.               :  SEPTEMBER 2, 2011
```

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERROGATORIES

The defendants, Officer David Olson, Sergeant Frank Montagna, Sergeant Edward Lennon and Officer Michael Sorbo, hereby move for an extension of time to and including October 3, 2011, within which to respond and/or object to Plaintiffs' Interrogatory to All Defendants dated August 4, 2011.  This is the defendants' first request for an extension.  Counsel for the plaintiffs has been consulted and has consented to said extension.

```
                                    DEFENDANTS, OFFICER DAVID
                                    OLSON, SERGEANT FRANK MONTAGNA,
                                    SERGEANT EDWARD LENNON and
                                    OFFICER MICHAEL SORBO,


                                BY/ss/James N.Tallberg            
                                   James N. Tallberg
                                   Federal Bar No. ct17849
                                   Patrick D. Allen
                                   Federal Bar No. ct28403
                                   Karsten & Tallberg, LLC
                                   8 Lowell Road
                                   West Hartford, CT 06119
                                   Phone: (806)233-5600
                                   Fax: (860)233-5800
                                   jtallberg@kt-lawfirm.com
```

## **CERTIFICATION**

I hereby certify that on September 2, 2011 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

```
                                   /ss/James N. Tallberg      
                                   James N. Tallberg
```