UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Marcia CHACÓN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EAST HAVEN POLICE DEPARTMENT, et al., <br><br> Defendants. | Civil Action No.: 3:10 CV 1692 (JBA) <br><br><br> September 13, 2011 |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiffs Marcia Chacón, Wilfrido Matute, Father James Manship, Segundo Aguayza, José Luis Albarracín, Welinton Salinas, John Espinosa, Guida Xavier Criollo, Edgar Torres, and Yadanny García.


Dated: September 13, 2011         By     /s/ Anne Lai
                                  Anne Lai (ct28707)
                                  JEROME N. FRANK
                                    LEGAL SERVICES ORGANIZATION
                                  Yale Law School
                                  P.O. Box 209090
                                  New Haven, CT 06520
                                  annie.lai@yale.edu
                                  Tel: (203) 432-4800
                                  Fax: (204) 432-1426

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that, on September 13, 2011, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.

                                                                                                                     /s/ Anne Lai  
                                                                                                                       Anne Lai