UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHACON et al

    Plaintiff,

vs.                                                CIVIL ACTION NO.
                                                    310CV01692JBA

EAST HAVEN POLICE DEPARTMENT, ET AL

    Defendant.                                  DECEMBER 5, 2011

## APPEARANCE

Please enter the appearance of Attorney Alfred J. Zullo for the Defendants, TOWN OF EAST HAVEN and EAST HAVEN POLICE DEPARTMENT in lieu of the appearance of Attorney Patricia Cofrancesco, in the above action.

THE DEFENDANTS

BY_____
ALFRED J. ZULLO
The Law Offices of Zullo & Jacks, LLC
83 Main Street
P.O. Box 120748 East Haven, CT 06512
Federal Juris No.: CT05322
Juris No.: 419171
Telephone: 203-467-1411

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid this day to the following:

Anne Lai, Esquire
Jerome N. Frank Legal Services
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090

David N. Rosen, Esquire
David N. Rosen & Associates, PC
400 Orange Street
New Haven, CT 06511

James Bhandary-Alexander
New Haven Legal Assistance Assoc. Inc.
426 State Street
New Haven, CT 06510-2018

Michael J. Wishnie
Jerome N. Frank Legal Services - Wall St.
Yale Law School
127 Wall Street
New Haven, CT 06511

Susan Victoria Hazeldean
Yale Law School
127 Wall Street
New Haven, CT 06520

James F. Cirillo, Jr.
128 Chestnut, Floor 2
Branford, CT 06405

Patricia Cofrancesco
Law Offices of Patricia Cofrancesco
89 Kimberly Avenue
East Haven, CT 06514

Jonathan J. Einhorn
412 Orange Street
New Haven, CT 06511

Hugh F. Keefe
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506

Nancy Fitzpatrick Myers
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506

Roger B. Calistro
Calistro & Airone
442 Orange Street
Suite 300
New Haven, CT 06511

James Newhall Tallberg
Karsten & Tallberg, LLC
8 Lowell Road
West Hartford, CT 06119

Patrick D. Allen
Karsten & Tallberg, LLC
8 Lowell Road
West Hartford, CT 06119

E. Gregory Cerritelli
Knight, Conway & Cerritelli
7 Elm Street
2nd Floor Left
New Haven, CT 06510

Michael Luzzi
Dolan & Lucci, LLC
1337 Dixwell Avenue
Hamden, CT 06514

Krishna R. Patel
U.S. Attorney's Office-BPT
915 Layfayette Blvd. Room 309
Bridgeport, CT 06604

_____
Alfred J. Zullo
Commissioner of the Superior Court