UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCIA CHACON, ET AL | : | 3:10CV1692 (JBA) |
| | : | |
| v. | : | |
| | : | |
| EAST HAVEN POLICE DEPARTMENT | : | |
| TOWN OF EAST HAVEN, ET AL | : | |
| JASON ZULLO, DEFENDANT | : | OCTOBER 26, 2012 |

## MOTION FOR PERMISSION TO WITHDRAW AS COUNSEL
## FOR THE DEFENDANT JASON ZULLO

Pursuant to the United States District of Connecticut Court Local Rule 7(e), the undersigned attorney for the defendant JASON ZULLO moves to withdraw from his representation and cites the following:

1. I represent Mr. Zullo in a criminal case which has now gone to plea.

2. I appeared in this case as additional counsel for Mr. Zullo to protect his interests in the criminal case.

3. Mr. Zullo is represented in this matter by other counsel and there will not be prejudice to him by the granting of this motion.

                                                          The Defendant, JASON ZULLO
                                                          BY: /s/ NORMAN A. PATTIS /s/
                                                          Federal Bar No. ct13120
                                                          649 Amity Road
                                                          Bethany, CT 06524
                                                          Voice: 203-393-3017
                                                          Fax: 203-393-9745

## CERTIFICATION

This is to certify that on October 26, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent, via e-mail, to all parties by operation of the Court's electronic filing system, and the undersigned did cause to be sent, via First Class U.S. mail, postage prepaid, a copy of the foregoing to all counsel and pro se parties that do not have access to the Court's electronic filing system and to whom the court directs the undersigned to send a hard copy via mail. Parties may access this filing through the Court's system.

    /s/ NORMAN A. PATTIS /s/
NORMAN A. PATTIS