# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | | |
|---|---|---|
| **Maria Chacon, et al** | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. | **3:10cv1692 (JBA)** |
| **East Haven Police Department, et al** | ) | |
| *Defendant* | ) | |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**Vincent Ferrara**

Date: **Nov 30, 2012**

*Attorney's signature*

**Warren L. Holcomb (ct13127)**
*Printed name and bar number*

**Berchem Moses & Devlin, P.C.**
**75 Broad Street**
**Milford, CT  06460**
*Address*

**wholcomb@bmdlaw.com**
*E-mail address*

**203-783-1200**
*Telephone number*

**203-882-0045**
*FAX number*

*Rev. 5/4/2011*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on **Nov 30, 2012**, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
Attorney's signature