UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARCIA CHACÓN, ET AL  :
    Plaintiff,  :
  :
VS.  :
  :   Civil Action No.: 3:10cv01692 (JBA)
EAST HAVEN POLICE  :
DEPARTMENT, ET AL,  :
    Defendants.  :   November 19, 2013

### **APPEARANCE**

To the Clerk of this court and all parties of record:

    In addition to the appearances already on file, enter my appearance as counsel in this case for the plaintiffs.

Dated: November 19, 2013      /s/ James Maguire
      James Maguire
      David Rosen & Associates, P.C.
      400 Orange Street
      New Haven, CT 06511
      (203) 787-3513
      (203) 789-1605 Fax
      CT29355
      jmaguire@davidrosenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2013, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ James Maguire
James Maguire