# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCIA CHACÓN, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 3:10-CV-1692 (JBA) |
| | ) | |
| EAST HAVEN POLICE DEPARTMENT, ET AL., | ) | |
| | ) | |
| Defendants. | ) | DECEMBER 13, 2013 |
| | ) | |
| | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) Fed. R. Civ. P., the parties to the above-captioned case hereby stipulate to the dismissal of the United States from the case as an Intervening Plaintiff. Counsel for the United States appeared in the case for the sole purpose of seeking a stay pending the resolution of a related criminal prosecution.  On April 24, 2012 the Court entered an Order granting the motion to intervene and stay the case. [Doc. No. 118].  The case was administratively closed on June 19, 2013 [Doc. No. 131] and then reopened November 12, 2013 [Doc. No. 135].  The criminal prosecution has been completed (pending appeal), and the United States no longer needs to be a party to this case.

All lead counsel of record have indicated to counsel for the United States that they have no objection to the dismissal of the United States and have joined in this Stipulation.

UNITED STATES OF AMERICA
INTERVENOR PLAINTIFF

DEIRDRE M. DALY
ACTING UNITED STATES ATTORNEY

/s/ *Krishna R. Patel*
Krishna R. Patel
Assistant United States Attorney
U.S. Attorney's Office
1000 Lafayette Blvd, 10th Floor
Bridgeport, CT  06604
Phone: 203-696-3000
Krishna.Patel@usdoj.gov

THE PLAINTIFFS

By /s/ *David N. Rosen*
David N. Rosen, ct00196
David Hunter Smith, ct29087
James P. Maguire, ct29355
David Rosen & Associates PC
400 Orange Street
New Haven, Connecticut 06511
Phone: (203) 787-3513
Fax: (203) 789-1605
drosen@davidrosenlaw.com
hsmith@davidrosenlaw.com
jmaguire@davidrosenlaw.com

Michael Wishnie (ct27221)
Nicole Hallett (ct28495)
Jonathan Hurley, Law Student Intern
Temidayo Odusolu, Law Student Intern
Ariel Stevenson, Law Student Intern
Tina Thomas, Law Student Intern
JEROME N. FRANK
LEGAL SERVICES ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Phone: 203-432-4800
Michael.Wishnie@yale.edu

James Bhandary-Alexander
ct28135
New Haven Legal Assistance Assoc. Inc.
426 State Street
New Haven, CT 06510
Phone: 203-946-4811
Fax: 203-498-9271
jbhandary-alexander@nhlegal.org

THE DEFENDANTS,
EAST HAVEN POLICE DEPARTMENT
TOWN OF EAST HAVEN


By: /s/ *Hugh F. Keefe*
Hugh F. Keefe, ct05106
Matthew Popilowski,  ct28869
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
New Haven, CT 06510
Phone: 203-787-0275
Fax:  203-782-0278
hkeefe@ltke.com
mpopilowski@ltke.com


Alfred J. Zullo, ct05322
Zullo & Jacks LLC
83 Main St., PO Box 120748
East Haven, CT 06512
Phone: 203-467-1411
Fax: 203-468-2792
Alfred.Zullo@snet.net


James F. Cirillo , Jr., ct05721
128 Chestnut, Floor 2
Branford, CT 06405
Phone: 203-488-9828
Fax: 203-488-8744
cirillolaw@aol.com


Patricia A. Cofrancesco, ct300918
89 Kimberly Avenue
East Haven, CT 06512
Phone:  (203) 467-6003
Fax:  (203) 467-6004
Pattycofrancesco@sbcglobal.net


THE DEFENDANTS,
OFFICER DENIS SPAULDING,
OFFICER DAVID CARI AND
OFFICER JASON ZULLO


By: /s/ *Hugh F. Keefe*
Hugh F. Keefe, ct05106
Matthew Popilowski,  ct28869
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
New Haven, CT 06510
Phone: 203-787-0275
Fax:  203-782-0278
hkeefe@ltke.com
mpopilowski@ltke.com


THE DEFENDANTS,
CHIEF LEONARD GALLO

By: /s/ *Jonathan J. Einhorn*
Jonathan J. Einhorn, ct00163
129 Whitney Avenue
New Haven, CT  06510
Phone: 203-777-3777
einhornlawoffice@gmail.com



THE DEFENDANT,
OFFICER VINCENT FERRARA

By: /s/ *Richard J. Buturla*
Richard J. Buturla, ct05967
Warren L. Holcomb, ct13127
Berchem, Moses & Devlin, P.C.
75 Broad Street
Milford, CT  06460
Phone: 203-783-1200
Fax: 203-878-4912
rbuturla@bmdlaw.com
wholcomb@bmdlaw.com

THE DEFENDANT,
OFFICER DAVID OLSON

By:/s/ *James N. Tallberg*
James N. Tallberg, ct17849
Patrick D. Allen, ct28403
Karsten & Tallberg, LLC
8 Lowell Road
West Hartford, CT  06119
Phone: 860-233-5600
Fax: 860-233-5800
jtallberg@kdtlaw.com
pallen@kt-lawfirm.com

THE DEFENDANTS,
JOHN DOES 1-10

By: /s/ *Michael J. Luzzi*
Michael J. Luzzi, ct12518
Dolan & Luzzi, LLC
1337 Dixwell Avenue
Hamden, Ct  06514
Phone: 203-230-1678
Fax: 203-230-2552
mluzzi@dolanluzzilaw.com

THE DEFENDANT,
OFFICER CHERYL CONYERS

By: /s/ *Gregory Cerritelli*
Gregory Cerritelli, ct20784
Knight & Cerritelli, LLC
2 Lincoln Street
New Haven, CT  06510
Phone: 203-624-6115
Fax: 203-624-4791
gcerritelli@kcc-law.com

## CERTIFICATION

I hereby certify that on December 13, 2013, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ *Krishna Patel*
KRISHNA PATEL
ASSISTANT UNITED STATES ATTORNEY