UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCIA CHACON, ET AL., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION NO. |
| | : | 3:10-cv-01692- JBA |
| | : | |
| VS. | : | |
| | : | |
| EAST HAVEN POLICE DEPARTMENT, ET AL, | : | |
| | : | |
| Defendants. | : | JANUARY 7, 2014 |

### NOTICE OF APPEARANCE

Please enter the appearance of JOHN F. CONWAY as counsel in this case for the defendant Jason Zullo.

 

DEFENDANT,

JASON ZULLO

By:   /s/ John F. Conway
_____

John F. Conway (ct04763)
Loughlin FitzGerald, P.C.
150 South Main Street
Wallingford, CT  06492
Tel.: (203) 265-2035
Fax: (203) 269-3487
e-mail:  jconway@lflaw.com

## **CERTIFICATION**

I hereby certify that on January 7, 2014 a copy of the foregoing was filed electronically and served by mail to anyone unable to accept electronic filing. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's system.

/s/ John F. Conway
_____
John F. Conway (ct04763)