**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARCIA CHACON, ET AL.,  Plaintiffs, | : : : | CIV. NO. 3:10 CV 1692 (JBA) |
| v. | : : | |
| EAST HAVEN POLICE DEPARTMENT, ET AL.,  Defendants. | : : : | JANUARY 8, 2014 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), undersigned counsel respectfully requests that he be permitted to withdraw as counsel for Defendant Jason Zullo. In support of this motion, undersigned represents that there is good cause for this instant motion in that the defendant has new counsel. By way of Notice of Appearance (Docket No. 147) dated January 7, 2014, John F. Conway, of Loughlin Fitzgerald, 150 South Main Street, Wallingford CT 06492, entered his appearance on behalf of Defendant Zullo.

WHEREFORE, for the reasons set forth above, counsel respectfully moves this Court to grant this Motion to Withdraw as counsel for Defendant Zullo.

1

Respectfully Submitted,

/s/Hugh F. Keefe
Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
New Haven, CT 06510
Tel: 203-787-0275
Fax: 203-782-0278
Federal Bar No. ct05106
Hkeefe@ltke.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Hugh F. Keefe
Hugh F. Keefe

2

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278