**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| MARCIA CHACON, ET AL., | : | CIV. NO. 3:10 CV 1692 (JBA) |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| EAST HAVEN POLICE DEPARTMENT, ET AL., | : | |
| | : | |
| Defendants. | : | MARCH 12, 2014 |

<u>**MOTION TO WITHDRAW APPEARANCE**</u>

Pursuant to D. Conn. L. Civ. R. 7(e), undersigned counsel respectfully requests

that he be permitted to withdraw as counsel for Defendant Dennis Spaulding.  In

support of this motion, undersigned represents that there is good cause for this instant

motion in that the defendant has new counsel.  By way of Notice of Appearance (Docket

No. 147) dated March 12, 2014, John F. Conway, of Loughlin Fitzgerald, 150 South

Main Street, Wallingford CT 06492, entered his appearance on behalf of Defendant

Spaulding.

WHEREFORE, for the reasons set forth above, counsel respectfully moves this

Court to grant this Motion to Withdraw as counsel for Defendant Spaulding.

1

Respectfully Submitted,


/s/Hugh F. Keefe
Hugh F. Keefe, Esq.
Lynch, Traub, Keefe and Errante
52 Trumbull Street
New Haven, CT 06510
Tel: 203-787-0275
Fax: 203-782-0278
Federal Bar No. ct05106
Hkeefe@ltke.com


## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2014, a copy of the foregoing was filed

electronically and served by mail on anyone unable to accept electronic filing.  Notice of

this filing will be sent by e-mail to all parties by operation of the Court's electronic filing

system or by mail as indicated on the Notice of Electronic Filing.  Parties may access

this filing through the Court's CM/ECF System.



/s/ Hugh F. Keefe

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278