UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCIA CHACÓN, ET AL., | : | CIV. NO. 3:10CV1692 (AWT) |
|    Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| EAST HAVEN POLICE DEPARTMENT, ET AL., | : | |
|    Defendants. | : | September 19, 2014 |

### STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and the sole remaining Defendant David Cari hereby jointly stipulate to dismiss this case with prejudice and without costs.

                              THE PLAINTIFFS

                              By   /s/ David N. Rosen
                              David N. Rosen (ct00196)
                              David Hunter Smith (ct29087)
                              James P. Maguire (ct29355)
                              DAVID ROSEN & ASSOCIATES PC
                              400 Orange Street
                              New Haven, Connecticut 06511
                              Phone: (203) 787-3513
                              Fax: (203) 789-1605
                              drosen@davidrosenlaw.com
                              hsmith@davidrosenlaw.com
                              jmaguire@davidrosenlaw.com

Michael Wishnie (ct27221)
Nicole Hallett (ct28495)
Temidayo Odusolu, Law Student Intern
JEROME N. FRANK
LEGAL SERVICES ORGANIZATION
Yale Law School
P.O. Box 209090
New Haven, Connecticut 06520
Phone: 203-432-4800

James Bhandary-Alexander (ct28135)
NEW HAVEN LEGAL ASSISTANCE ASSOC. INC.
426 State Street
New Haven, CT 06510
Phone: 203-946-4811
Fax: 203-498-9271
jbhandary-alexander@nhlegal.org

*Counsel for Plaintiffs*


DEFENDANT DAVID CARI

By:  /s/ Hugh F. Keefe, Esq.
Hugh F. Keefe, Esq, (ct05106)
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull Street
P.O. Box 1612
New Haven, Connecticut 06506
Phone (203) 787-0275
Fax: (203) 782-0278

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2014, a copy of the foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ David Rosen
David Rosen